### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| THINK SPACES, INC. | § | Case No. 12-20139 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the Trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 2/14/14 in Courtroom 240,

Old Kane County Courthouse
100 S. Third Street
Geneva, IL 60134

If no objections are filed, upon entry of an Order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further Order of the Court.

Date Mailed: _____     By: _____

*DAVID R. BROWN*
*400 South County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | § | |
|  | § | |
| THINK SPACES, INC. | § | Case No. 12-20139 |
|  | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 12,000.00 |
| and approved disbursements of | $ | 86.07 |
| leaving a balance on hand of[1] | $ | 11,913.93 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DAVID R. BROWN | $ 1,950.00 | $ 0.00 | $ 1,950.00 |
| Attorney for Trustee Fees: SPRINGER BROWN, LLC | $ 5,814.00 | $ 0.00 | $ 5,814.00 |
| Charges: CLERK OF THE BANKRUPTCY COURT | $ 293.00 | $ 0.00 | $ 293.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 8,057.00 |
| Remaining Balance | $ | 3,856.93 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

NONE

In addition to the expenses of administration listed above as may be allowed by the Court,
priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment
less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,806.90 have been allowed and will
be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The
timely allowed general (unsecured) dividend is anticipated to be 44.0 percent, plus interest (if
applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|-----------|----------|-------------------------|-------------------------|------------------|
| 1 | Barrett Moving & Storage | $ 1,174.50 | $ 0.00 | $ 516.73 |
| 2 | Raynor Marketing Inc. | $ 7,632.40 | $ 0.00 | $ 3,357.94 |

Total to be paid to timely general unsecured creditors   $   3,874.67

Remaining Balance   $   -17.74

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will
be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims
have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if
applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered
subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all
allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for
subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ David R. Brown _____

Trustee

*DAVID R. BROWN*
*400 South County Farm Road*
*Suite 330*
*Wheaton, IL  60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                        Case No. 12-20139-DRC
Think Spaces, Inc.                                                            Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dgomez          Page 1 of 2          Date Rcvd: Jan 27, 2014
                             Form ID: pdf006        Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2014.
db           +Think Spaces, Inc.,    1212 S. Naper Blvd. Ste 119-24,    Naperville, IL 60540-8360
aty          +Springer, Brown, Covey, Gaertner, & Davis LLC,    400 S Country Farm Road Ste 330,
              Wheaton, IL 60187-4547
18921923     +Barrett Moving & Storage,    Barrett Moving & Storage(Corp office),    2922 West Service Road,
              Eagan, MN 55121-1223
18921924     +Budget Truck Rental,    16449 Collections Center Drive,    Chicago, IL 60693-0164
18921925     +Cadtek Design, LLC,    100 S. Atkinson Rd., Ste. 116-192,    Grayslake, IL 60030-7817
19125319     +Effective Directions, Inc.,    1612 Hedge Court, Suite 100,    Naperville, IL 60565-2782
18921926     +Eurotech - The Raynor Group,    525 Hempstead Turnpike,    West Hempstead, NY 11552-1166
18921927      Florense - US Design, Inc.,    20W101 Street, #B,    Lemont, IL 60439
18921928     +Friant,    4901 E. 12th Street,    Oakland, CA 94601-5109
18921922     #+Gierum & Mantas,    9700 West Higgins Road Suite 1015,    Rosemont, IL 60018-4712
19125320     +Great Openings,    902 East Fourth Street,    Ludington, MI 49431-2686
19125321     +Hanover Insurance,    3 Golf Road, #353,    Hoffman Estates, IL 60169-4601
19125322     +Law Offices Of Atlas & Leviton,    3 Golf Center, Ste. 353,    Hoffman Estates, IL 60169-4910
18921929     +Lombardi Electric,    161 Covington Drive,    Bloomingdale, IL 60108-3107
18921930     +Nevers,    14125 21st Avenue,    North Minneapolis, MN 55447-4688
18921933     +PNC Merchant Services,    1308 S. Naper Boulevard,    Naperville, IL 60540-8362
19125324     +RMS,    4836 Breckville Road,    Richfield, OH 44286-9178
20132791     +Raynor Marketing Inc.,    525 Hempstead Turnpike,    West Hempstead, NY 11552-1155
18921934     +ReAlign Space, Inc.,    34 S. Caroline,    Crystal Lake, IL 60014-6108
18921935      Shoto Corporation,    6450 Highway B,    Two Rivers, WI  54241-9398
18921921     +Spaces Think, Inc.,    1212 S Naper Blvd,    Ste 119-24,    Naperville, IL 60540-8360
18921936     +The Furniture Shop, Inc.,    4259 S. Western Boulevard,    Chicago, IL 60609-2237
18921937      Three H Furniture Systems Limited,    156462 Clover Valley Road,
              New Liskeard ON Canada,     P0J 1P0
19125323     +U.S. Design, Inc.,    300 West Ontario Street,    Chicago, IL 60654-3907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18921932     +E-mail/Text: mpepper@peterpepper.com Jan 28 2014 00:39:45     Peter Pepper Products,
              17929 S. Susana Road,    Compton, CA 90221-5597
                                                                                      TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18921931     ##+Office Furniture Installations Company,    4411 South Kildare,    Chicago, IL 60632-4316
                                                                       TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2014                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2014 at the address(es) listed below:
            David  Brown, ESQ    on behalf of Trustee David R Brown, ESQ dbrown@springerbrown.com,
              jkrafcisin@springerbrown.com
            David R Brown, ESQ    dbrown@springerbrown.com,    dbrown@ecf.epiqsystems.com;jill@springerbrown.com
            John E Gierum    on behalf of Debtor    Think Spaces, Inc. jgierum@7trustee.net,
              karen@gierummantas.com
            Meredith S Fox    on behalf of Trustee David R Brown, ESQ tspringer@springerbrown.com
            Meredith S Fox    on behalf of Plaintiff David R. Brown tspringer@springerbrown.com

District/off: 0752-1               User: dgomez               Page 2 of 2               Date Rcvd: Jan 27, 2014
                                   Form ID: pdf006            Total Noticed: 25

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                        TOTAL: 6