UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                      §
                                      §
THINK SPACES, INC.                    §    Case No. 12-20139
                                      §
          Debtor(s)                   §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DAVID R. BROWN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter   on                 . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/DAVID R. BROWN_____
                                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID R. BROWN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| The Bank of New York Mellon | | | | | |
| CLERK OF THE BANKRUPTCY COURT | | | | | |
| SPRINGER BROWN, LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Barrett Moving & Storage 3831 Hawthorn Court Waukegan, IL 60087 | | | | | |
| | Budget Truck Rental 16449 Collections Center Drive Chicago, IL 60693 | | | | | |
| | Cadtek Design, LLC 100 S. Atkinson Rd., Ste. 116-192 Grayslake, IL 60030 | | | | | |
| | Eurotech - The Raynor Group 525 Hempstead Turnpike West Hempstead, NY 11552 | | | | | |
| | Florense - US Design, Inc. 20W101 Street, #B Lemont, IL 60439 | | | | | |
| | Friant 4901 E. 12th Street Oakland, CA 94601 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lombardi Electric 161 Covington Drive Bloomingdale, IL  60108 | | | | | |
| | Nevers 14125 21st Avenue North Minneapolis, MN 55447 | | | | | |
| | Office Furniture Installations Company 4411 South Kildare Chicago, IL  60632 | | | | | |
| | Peter Pepper Products 17929 S. Susana Road Compton, CA 90224 | | | | | |
| | PNC Merchant Services 1308 S. Naper Boulevard Naperville, IL  60540 | | | | | |
| | ReAlign Space, Inc. 34 S. Caroline Crystal Lake, IL 60014 | | | | | |
| | Shoto Corporation 6450 Highway B Two Rivers, WI 54241-9398 | | | | | |
| | The Furniture Shop, Inc. 4259 S. Western Boulevard Chicago, IL  60609 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Three H Furniture Systems Limited 156462 Clover Valley Road New Liskeard ON Canada,    POJ 1PO | | | | | |
| 1 | Barrett Moving & Storage | | | | | |
| 2 | Raynor Marketing Inc. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 12-20139 | DRC | Judge: | Donald R Cassling | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|---|---|---|
| Case Name: | THINK SPACES, INC. | | | | Date Filed (f) or Converted (c): | 05/17/2012 (f) |
| | | | | | 341(a) Meeting Date: | 08/14/2012 |
| For Period Ending: | 06/13/2014 | | | | Claims Bar Date: | 03/11/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. All collected | 0.00 | 0.00 | | 0.00 | FA |
| 2. old laptop, desk and chair | 20.00 | 0.00 | | 0.00 | FA |
| 3. Preference Litigation (u) | Unknown | 35,000.00 | | 12,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)   $20.00   $35,000.00   $12,000.00   $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Claims to be reviewed and objections filed thereto if necessary.  Final Report will then be filed.


Initial Projected Date of Final Report (TFR): 12/18/2013     Current Projected Date of Final Report (TFR): 12/02/2013

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-20139 | Trustee Name: | DAVID R. BROWN |
| --- | --- | --- | --- |
| Case Name: | THINK SPACES, INC. | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX7456 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9316 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/13/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/29/13 | 3 | Thomas J. Apicella<br>1200 Banbury Circle<br>Naperville, IL 60540 | settlement payment | 1241-000 | $12,000.00 | | $12,000.00 |
| 07/08/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.53 | $11,984.47 |
| 08/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.82 | $11,966.65 |
| 09/09/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.79 | $11,948.86 |
| 10/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.19 | $11,931.67 |
| 11/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.74 | $11,913.93 |
| 02/04/14 | 3001 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras St<br>New Orleans, LA 70139 | bond premium | 2300-000 | | $10.00 | $11,903.93 |
| 02/25/14 | 3002 | DAVID R. BROWN<br>400 SOUTH COUNTY FARM ROAD<br>WHEATON, IL 60187 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,950.00 | $9,953.93 |
| 02/25/14 | 3003 | CLERK OF THE BANKRUPTCY COURT<br>219 S. Dearborn Street<br>Chicago, IL 60604<br>ATTN: Fiscal Dept. | Adversary filing fee for 13-00052 | 2700-000 | | $293.00 | $9,660.93 |
| 02/25/14 | 3004 | SPRINGER BROWN, LLC<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $5,814.00 | $3,846.93 |
| 02/25/14 | 3005 | Barrett Moving & Storage<br>Barrett Moving & Storage(Corp Office)<br>2922 West Service Road<br>Eagan, Mn 55345 | Final distribution to claim 1 representing a payment of 43.68 % per court order. | 7100-000 | | $513.03 | $3,333.90 |

Page Subtotals: $12,000.00 $8,666.10

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-20139 | Trustee Name: | DAVID R. BROWN |
| Case Name: | THINK SPACES, INC. | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX7456 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9316 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/13/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/25/14 | 3006 | Raynor Marketing Inc. 525 Hempstead Turnpike West Hempstead, Ny 11552 | Final distribution to claim 2 representing a payment of 43.68 % per court order. | 7100-000 | | $3,333.90 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $12,000.00 | $12,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $12,000.00 | $12,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $12,000.00 | $12,000.00 |

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*    Page Subtotals:    $0.00    $3,333.90

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7456 - Checking | $12,000.00 | $12,000.00 | $0.00 |
|  | $12,000.00 | $12,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $12,000.00 |
| Total Gross Receipts: | $12,000.00 |